GENERAL TRADING COMPANY, INC.
v.
DIRECTOR, DIVISION OF TAXATION.

April 10, 1979. Petition for certification granted.

STATE OF NEW JERSEY v. JOHN ROBERTS.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. NED WOODLEY.

April 10, 1979. Petition for certification denied.

IN THE MATTER OF EDWARD APPLEGATE.

April 10, 1979. Petition for certification denied. (See 165 *N.J.Super.* 417)

DE MARTIN COAL & LUMBER CO.
v.
SAMUEL THORNE.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE SIMMONS.

April 10, 1979. Petition for certification denied.